In the Interest of: J.R.S., T.W., Biological Mother and Next Friend of J.R.S., and T.W., Respondents,

v.

J.E.S., Appellant.

WD 78742

Missouri Court of Appeals, Western District.

ORDER FILED: February 23, 2016

Steven Meier, Lake Ozark, MO, Counsel for Appellant.

William Green, Eldon, MO, Counsel for Respondents.

Before Division Three: James Edward Welsh, P.J., Joseph M. Ellis, and Thomas H. Newton, JJ.

### ORDER

Per Curiam:

J.E.S. (Father) appeals the judgment and decree terminating his parental rights and allowing the adoption of his son, J.R.S., by the husband of T.W., the boy's biological Mother.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).